**ORIGINAL**

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN          3639-0
minkin@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  808-529-7300
Facsimile:   808-524-8293

Attorney for Defendant
UNITED COLLECTION BUREAU, INC.



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 7 2007

at 2 o'clock and ___ min ___ M
SUE BEITIA, CLERK

LODGED

JUN 2 7 2007
3:35 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| LISA HATZENBUHLER,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNITED COLLECTION BUREAU, INC.,<br><br>          Defendant. | CIVIL NO. CV07-00132 DAE BMK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER<br><br><br>NO TRIAL DATE SET |

STIPULATION FOR DISMISSAL WITH
PREJUDICE AS TO ALL CLAIMS AND PARTIES

Defendant UNITED COLLECTION BUREAU, INC., by and through its attorneys McCorriston Miller Mukai MacKinnon LLP, and Plaintiff LISA HATZENBUHLER, by and through her attorney, John Harris Paer, stipulate to the dismissal of this action with

162954.1

prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own fees and costs. There are no remaining claims or parties. Trial of this matter has not been set.

DATED: Honolulu, Hawai'i, _____JUN 2 1 2007_____.

_____
DAVID J. MINKIN
Attorney for Defendant
UNITED COLLECTION BUREAU, INC.

_____
JOHN HARRIS PAER
Attorney for Plaintiff
LISA HATZENBUHLER

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

Hatzenbuhler vs. United Collection Bureau, Inc., Civil No. 07-00132 DEA BMK; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER